# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**MUHAMMAD AMIN f/k/a James Edwards**

                V.                CASE NUMBER: 5:02-CV-320(HGM/GHL)

**COUNTY OF ONONDAGA, NEW YORK**

[ ]      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF dismissing the complaint in its entirety pursuant to the Memorandum-Decision and Order of the Hon. Howard G. Munson dated June 13, 2006.

DATED:    June 14, 2006

*Lawrence K. Baerman*
Clerk of Court

LKB:lmp